# AMENDED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR08-01001-AHM |
| | ) | |
| Plaintiff | ) | AMENDED JUDGMENT REVOKING |
| | ) | AND REINSTATING SUPERVISED |
| vs. | ) | RELEASE AND COMMITMENT |
| | ) | ORDER |
| MARIO TEODORO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     WHEREAS, on April 26, 2012, came the attorney for the Government, Asha Muldro Olivas and the defendant appeared in person with appointed counsel, Yolanda Barrera and the defendant denied allegation One and admitted allegations Two and Three as stated in the Petition on Probation and Supervised Release (Citation) filed on March 30, 2012.

     WHEREAS, on April 26, 2012, the defendant admitted the violation and the Court finds that the defendant violated the conditions of the Supervised Release order imposed on May 6, 2009 and revoked and reinstated on February 24, 2011(see Judgment Revoking Supervised Release and Commitment Order and Order Amending Judgment Revoking Supervised Release and Commitment Order, filed in the United States District Court for the Central District of California, Western Division).

/ / /

/ / /

UNITED STATES OF AMERICA v.  MARIO TEODORO                                   PAGE 2
CASE NO. CR08-01001-AHM

     IT IS ADJUDGED, upon the findings of the Court, supervised release is hereby revoked and reinstated under the same terms and conditions as previously imposed.  The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a total term of six (6) months.  Thereafter, supervised release will be terminated.

     It is ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, May 14, 2012.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:

> United States Court House – Roybal Building
> 210 E. Temple Street
> Los Angeles, California 90012

     It is ordered that the clerk deliver a copy of this Judgment Probation/Commitment Order to the U.S. Marshal or other qualified officer.

DATE: May 3, 2012

_____
A. HOWARD MATZ
United States District Judge

FILED:

Terry Nafisi, Clerk of Court
by:     <u>Stephen Montes</u>
     Deputy Clerk